# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**CASE NO. 1:15-cv-01390-JLK**

KB HOME COLORADO INC., a Colorado corporation,

    Plaintiff,

v.

CONTINENTAL WESTERN INSURANCE COMPANY;
FIRST MERCURY INSURANCE COMPANY; and
LIBERTY MUTUAL FIRE INSURANCE COMPANY;

    Defendants.

---

**ORDER ENTERING DISMISSAL WITH PREJDUICE OF ALL CLAIMS BY KB HOME COLORADO, INC. AGAINST CONTINENTAL WESTERN INS. CO.**

---

The Court, having reviewed KB Home Colorado, Inc.'s Notice of Voluntary Dismissal of all Claims Against Continental Western Ins. Co. With Prejudice (Doc. 6), Pursuant to F.R.C.P. 41(a)(1) and being otherwise duly advised, hereby ORDERS that all claims by KB Home Colorado Inc. against Continental Western Ins. Co. are dismissed <u>with prejudice</u>.

DATED this 9th day of September, 2015.

BY THE COURT:

_____
John L. Kane