UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CASE NO. 1:15-cv-01390-JLK**

KB HOME COLORADO INC., a Colorado corporation,

    Plaintiff,

v.

CONTINENTAL WESTERN INSURANCE COMPANY;
FIRST MERCURY INSURANCE COMPANY; and
LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendants.

---

**ORDER ENTERING DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY KB HOME COLORADO, INC. AGAINST FIRST MERCURY INSURANCE COMPANY AND LIBERTY MUTUAL FIRE INSURANCE COMPANY**

---

The Court, having reviewed KB Home Colorado, Inc.'s Notice of Voluntary Dismissal of All Claims Against First Mercury Insurance Company and Liberty Mutual Fire Insurance Company With Prejudice, Pursuant to F.R.C.P. 41(a)(1); and being otherwise duly advised, hereby ORDERS that all claims by KB Home Colorado Inc. against the two remaining defendants in this action First Mercury Insurance Company and Liberty Mutual Fire Insurance Company are dismissed <u>with prejudice</u>.  With this Order, this action is dismissed in its entirety.

DATED this 26th day of October, 2015.

                        BY THE COURT:

                        _____
                        John L. Kane
                        Senior U.S. District Court Judge